# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTHA SALDIVAR,

    Plaintiff(s),

v.

ALBERTSON'S LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-00672-JCM-NJK

**Order**

(Docket No. 8)

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 8. The joint proposed discovery plan suffers from numerous deficiencies.

First, the parties seek an extended discovery period measured from the date the parties held their Fed.R.Civ.P. 26(f) conference on July 2, 2018. *Id.* at 2; *see also* Docket No. 7 (the Court's order to file a joint proposed discovery plan no later than July 3, 2018). Local Rule 26-1(a) dictates the requirements when longer deadlines are requested; however, the parties fail to abide by these requirements. Moreover, Local Rule 26-1(b)(1) requires that the discovery cut-off be measured from the date the first defendant appeared, not the date the parties held their Fed.R.Civ.P. 26(f) conference.

Second, the joint proposed discovery plan omits the deadline for the pretrial order. *See* Local Rule 26-1(b)(5).

Third, the joint proposed discovery plan does not include the required statement that the parties have met and conferred about the possibility of using alternative dispute-resolution

1

processes, pursuant to Local Rule 26-1(b)(7).  The joint proposed discovery plan also does not include the required statement that the parties have considered consent to trial by a magistrate judge, pursuant to Local Rule 26-1(b)(8).

Accordingly, the Court **DENIES** without prejudice the parties' joint proposed discovery plan.  Docket No. 8.  The parties shall file a renewed joint proposed discovery plan no later than July 13, 2018.

IT IS SO ORDERED.

Dated: July 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge