# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA SALDIVAR, | Case No.: 2:18-cv-00672-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 16) |
| ALBERTSON'S LLC, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines, filed on August 14, 2018. Docket No. 16. The parties submit that an extension is warranted because they must evaluate treatment records from seventeen healthcare providers and have had conflicts in scheduling depositions. *Id.* at 2.

Parties are required to diligently conduct discovery, unless a stay has been granted. The Court granted the parties' joint proposed discovery plan and scheduling order on July 17, 2018. Docket No. 12. To date, however, the parties submit that the only discovery completed is the exchange of initial disclosures and the scheduling of one deposition. Docket No. 16 at 2. The Court therefore finds that the parties have failed to show diligence in conducting discovery.

//
//
//

1

Accordingly, the Court **DENIES** the parties' stipulation to extend discovery deadlines without prejudice.[1]  Docket No. 16.

IT IS SO ORDERED.

Dated: August 20, 2018

                                                                                 _____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The parties request, *inter alia*, an extension of the deadlines to amend pleadings from July 12, 2018, to September 10, 2018, and the initial expert disclosure/interim status report from August 13, 2018, to October 12, 2018.  Docket No. 16 at 2.  Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect.  The parties have failed to address, let alone show, excusable neglect for the extension of the expired deadlines.  Any renewed request for extensions shall address excusable neglect for any expired deadlines that the parties ask to revive.