Jack P. Burden, Esq.
Nevada State Bar No. 06918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendants
*Albertson's LLC and Albertson's Companies, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA SALDIVAR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, ALBERTSON'S COMPANIES, LLC; LPS CONTRACTING INC.; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00672-JCM-NJK<br><br>**<u>REVISED</u><br>STIPULATION AND ORDER TO REMAND MATTER TO STATE COURT** |

Plaintiff, MARTHA SALDIVAR, by and through her counsel of record, BERNSTEIN & POISSON, and Defendants ALBERTSON'S LLC and ALBERTSON'S COMPANIES, INC., by and through their counsel of record, BACKUS, CARRANZA & BURDEN, hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

. . .

1

1. On February 7, 2018, Plaintiff filed her Complaint with the Eighth Judicial District Court, Clark County, Nevada against Defendants and LPS Contracting, Inc. The case was assigned Case Number A-18-769104-C.

2. Plaintiff has been unable to serve a copy of her Complaint upon LPS Contracting, Inc.; whom, based upon information and belief, is no longer in business.

3. Defendant has been diligently attempting to tender its defense to LPS Contracting, Inc.'s insurance carrier as of the date of incident.

4. As of November 27, 2018, Defendants were discussing coverage position with Nationwide Insurance Company, as possible insurer for LPS Contracting, Inc.

5. If LPS Contracting, Inc. cannot be brought in through its insurer, Defendants intend to bring in the individual prior owners of LPS Contracting, Inc.

6. Upon information and belief, naming the individual prior owners of LPS Contracting, Inc. will destroy diversity of citizenship.

7. Upon discussion by and between Plaintiff and Defendants relative to LPS Contracting, Inc.'s necessary appearance in this matter to attain complete relief, pursuant to FRCP 19 and/or NRCP 19, they have agreed and hereby stipulate to allow this matter be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

8. Remanding this matter to the Eighth Judicial District Court, Clark County, Nevada will afford the Parties additional time to ensure LPS Contracting, Inc.'s joinder, either through service of the Complaint, acceptance of defense by its Insurer, and/or by naming the individual prior owners.

. . .

. . .

. . .

9. Given the Parties mutual position, Defendants Albertson's LLC and Albertson's Companies, Inc. hereby agrees and stipulates to withdraw their Notice of Removal.

DATED this 17th day of December, 2018.
**BERNSTEIN & POISSON**

By: /s/ Brian Boyer
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Brian Boyer, Esq.
Nevada Bar No. 12185
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff
MARTHA SALDIVAR

DATED this 17th day of December, 2018
**BACKUS, CARRANZA & BURDEN**

By: /s/ Jack P. Burden
Jack P. Burden, Esq.
Nevada Bar No. 06918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorney for Defendants
ALBERTSON'S LLC and
ALBERTSON'S COMPANIES, INC.

**IT IS SO ORDERED that this case be remanded back to the Eighth Judicial District Court, Clark County, Nevada.**

Dated: December 21, 2018

_____
UNITED STATES DISTRICT JUDGE

3